1  Mark Ogden; AZ Bar No. 017018
   Frederick C. Miner; AZ Bar No. 18854
2  Kyle A. Mabe; AZ Bar No. 034402
   mogden@littler.com
3  fminer@littler.com
   kmabe@littler.com
4  LITTLER MENDELSON, P.C.
   Camelback Esplanade
5  2425 East Camelback Road
   Suite 900
6  Phoenix, AZ  85016
   Telephone:   602.474.3600
7  Facsimile:   602.957.1801

8  Attorneys for Defendant
   ALBERTSON'S LLC
9

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Thomas G. Lee,<br><br>      Plaintiff,<br><br>v.<br><br>Albertson's LLC,<br><br>      Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1332 (DIVERSITY)**<br><br>(Removed from Maricopa County Superior Court Case No. CV2019-053199) |
|---|---|

**TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

PLEASE TAKE NOTICE that Defendant Albertson's LLC, hereby removes the above-entitled action from the Superior Court of the State of Arizona, Maricopa County, to the United States District Court for the District of Arizona on the grounds that this Court has original jurisdiction under 28 U.S.C. § 1332 and this action is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. §§ 1441, 1446, and Local Rule 3.6.

In support of this Notice of Removal of Civil Action, Defendant states:

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1. On or about May 1, 2019, Plaintiff Thomas G. Lee filed a Complaint in the Superior Court of Arizona, Maricopa County, entitled *Lee v. Albertson's LLC, a foreign limited liability company,* Case No. CV2019-053199. The case was assigned to the Honorable Bruce Cohen. Plaintiff's Complaint alleges causes of action arising under Arizona law.

2. Plaintiff served Defendant on or about May 24, 2019 with a copy of the Complaint and Certificate of Compulsory Arbitration. A true and correct copy of all process, pleadings, and orders served upon Defendant in the state court action are being filed with this Notice as required by 28 U.S.C. § 1446(a) and are attached as **Exhibit 1**. Accordingly, Defendant has filed this Notice of Removal within thirty (30) days after receipt of the initial pleading, setting forth a removable claim and it is timely filed under 28 U.S.C. § 1446(b).

3. This Court has original jurisdiction over this action under 28 U.S.C. § 1332 and is removable under 28 U.S.C. § 1441(a) in that it is a civil action between citizens of different states and the amount in controversy exceeds the amount set forth in 28 USC § 1332 ($75,000.00), exclusive of interest and costs. The Defendant is now, and was at the time this action commenced, diverse in citizenship from Plaintiff. Plaintiff is presently domiciled in Maricopa County, Arizona and was domiciled there at the time this action commenced. Plaintiff was at that time and is now, a citizen of the State of Arizona. See Complaint, ¶ 2. Defendant is not, nor was at the time the suit commenced, a citizen of the State of Arizona. Plaintiff's Complaint admits that Defendant is not a citizen of Arizona but rather a "foreign limited liability company." See Complaint, ¶ 3.

4. Defendant need only establish that the amount in controversy exceeds $75,000 by a preponderance of the evidence, *i.e.*, that it is more likely than not that the amount in controversy exceeds $75,000. *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 404 (9th Cir. 1996); *Singer v. State Farm Mut. Auto Ins. Co.*, 116 F.3d 373, 376 (9th Cir. 1997).

5. Pursuant to 28 U.S.C. § 1332(a), the matter in controversy exceeds the sum or value of $75,000. In his Complaint, Plaintiff requests compensatory and punitive damages, with compensatory damages having accumulated for over a year since Plaintiff was terminated on May 2, 2018. See Complaint, ¶ 27. Based on the nature of damages requested, Defendant

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-2-

has established that the amount in controversy exceeds $75,000.

6. Because this action is wholly between citizens of different states, and because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

7. Under 28 U.S.C. § 1441(a), venue of the removed action is proper in the Phoenix Division of the United States District Court for the District of Arizona as the district and division embracing the place where the state action is pending.

8. The Notice to Adverse Party to Federal Court was filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. §1446(d) and Local Rule 3.7, and a copy is attached as **Exhibit 2**.

9. The Notice to State Court of Removal of Civil Action to Federal Court was filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. §1446(d) and Local Rule 3.7, and a copy is attached as **Exhibit 3**.

10. Defendant has consented to the removal of this action to Federal Court.

DATED this 18th day of June, 2019

*s/ Frederick C. Miner*
Mark Ogden
Frederick C. Miner
Kyle A. Mabe
LITTLER MENDELSON, P.C.
Attorneys for Defendant
Albertson's LLC

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-

<mark>1</mark> I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 18th day of June, 2019, to:

Joshua W. Carden
Joshua Carden Law Firm, P.C.
16427 N. Scottsdale Rd., Suite 410
Scottsdale, AZ 85254
joshua@cardenlawfirm.com


*s/ Linda Bullis*

FIRMWIDE:165016006.1 084948.1013

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600